IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRYCE C. BOEHLER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3171 |
| | ) | |
| V. | ) | **AMENDED** |
| | ) | **FINAL PROGRESSION** |
| BNSF RAILWAY COMPANY, a | ) | **ORDER** |
| Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

After conferring with the parties, the defendant's Motion to Extend Order Setting Schedule for Progression of a Civil Case, (filing no. 30), is granted, and the final progression order is amended as follows:

- a. A jury trial is set to commence on August 23, 2010. No more than four days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases which may be scheduled for trial before this one.

- b. The pretrial conference will be held before the undersigned magistrate judge on August 3, 2010 beginning at 2:00 p.m. One- half hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on August 2, 2010, and the draft order shall conform to the requirements of the local rules.

- c. The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports is June 4, 2010.

- d. The discovery and deposition deadline is June 15, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

- e. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is June 15, 2010.

February 26, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
U.S. Magistrate Judge